| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Attorneys for Charles M. Forman, Chapter 7 Trustee for CGM & Daughters Corporation<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com | |
| In Re:<br><br>CHRISTIAN G. MONNE<br>            Debtor. | Chapter 13<br><br>Case No. 23-10870 (JKS)<br><br>Judge: Hon. John K. Sherwood |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Forman Holt, attorneys for Charles M. Forman, Chapter 7 Trustee for CGM & Daughters Corporation, Case No. 22-12609 (SLM), hereby enters its appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and demands that all notices and all papers served or required to be served in the above-captioned matter be served upon the following:

> Michael E. Holt, Esq.
> Forman Holt
> 365 West Passaic Street, Suite 400
> Rochelle Park, NJ 07662
> Telephone: (201) 845-1000
> Fax: (201) 655-6650
> E-mail: mholt@formanlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes all notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without

limitation, notices of all orders, pleadings, motions, applications, demands, hearings, complaints, answers or reply papers, memoranda, and briefs in support of any of the above, and all other documents filed or served in the above-captioned matter.

                      FORMAN HOLT
                      Attorneys for Charles M. Forman,
                      Chapter 7 Trustee for CGM & Daughters Corporation

                      By: */s/ Michael E. Holt*
                            Michael E. Holt

Dated:  April 14, 2023

{F0191681 - 1}