Order Filed on May 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee of CGM Daughters, Inc.<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com | |
| In Re:<br><br>CHRISTIAN G. MONNE<br>                              Debtor. | Chapter 13<br><br>Case No. 23-10870 (JKS)<br><br>Judge:  Hon. John K. Sherwood |

**CONSENT ORDER EXTENDING DEADLINE FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE FOR CGM & DAUGHTERS CORPORATION, TO FILE PROOF OF CLAIM**

The relief set forth on the following page numbered two is hereby **ORDERED**.

**DATED: May 1, 2023**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

F0191684 - 1

Page (2)
Debtor: Christian G. Monne
Case No. 23-10870 (JKS)
Caption: Consent Order Extending Deadline for Charles M. Forman, Chapter 7 Trustee for CGM & Daughters Corporation, to File Proof of Claim

THIS MATTER having been brought before the Court upon the application of Charles M. Forman, chapter 7 trustee for CGM & Daughters Corporation (the "Chapter 7 Trustee"), Case No. 22-12609 (SLM) in the United States Bankruptcy Court for the District of New Jersey, for entry of a consent order extending the deadline for the Chapter 7 Trustee to file a proof of claim in the captioned Debtor's chapter 13 case; and the Court having considered the Chapter 7 Trustee's application; and the parties, through their respective counsel, having executed their consent to the form and entry of this order; and for good cause shown, it is hereby

ORDERED that the deadline for the Chapter 7 Trustee to file a proof of claim in the captioned chapter 13 case is extended through and including May 12, 2023; and it is further

ORDERED that all rights of the Debtor to object to any proof of claim filed by the Chapter 7 Trustee are preserved.

| | |
|---|---|
| FORMAN HOLT<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee for CGM & Daughters Corporation | SCURA, WIGFIELD, HEYER & STEVENS<br>Attorneys for Debtor |
| By: /s/ Michael E. Holt<br>    Michael E. Holt | By: /s/ David L. Stevens<br>    David L. Stevens |
| Dated: April 26, 2023 | Dated: April 26, 2023 |

F0191684 - 1