| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee of CGM Daughters, Inc.<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com | Order Filed on May 1, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CHRISTIAN G. MONNE<br>　　　　　　　　　Debtor. | Chapter 13<br><br>Case No. 23-10870 (JKS)<br><br>Judge: Hon. John K. Sherwood |

# CONSENT ORDER EXTENDING DEADLINE FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE FOR CGM & DAUGHTERS CORPORATION, TO FILE PROOF OF CLAIM

The relief set forth on the following page numbered two is hereby **ORDERED**.

**DATED: May 1, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0191684 - 1

Page (2)
Debtor:   Christian G. Monne
Case No.  23-10870 (JKS)
Caption:  Consent Order Extending Deadline for Charles M. Forman, Chapter 7 Trustee for CGM & Daughters Corporation, to File Proof of Claim

THIS MATTER having been brought before the Court upon the application of Charles M. Forman, chapter 7 trustee for CGM & Daughters Corporation (the "Chapter 7 Trustee") , Case No. 22-12609 (SLM) in the United States Bankruptcy Court for the District of New Jersey, for entry of a consent order extending the deadline for the Chapter 7 Trustee to file a proof of claim in the captioned Debtor's chapter 13 case; and the Court having considered the Chapter 7 Trustee's application; and the parties, through their respective counsel, having executed their consent to the form and entry of this order; and for good cause shown, it is hereby

ORDERED that the deadline for the Chapter 7 Trustee to file a proof of claim in the captioned chapter 13 case is extended through and including May 12, 2023; and it is further

ORDERED that all rights of the Debtor to object to any proof of claim filed by the Chapter 7 Trustee are preserved.


| FORMAN HOLT | SCURA, WIGFIELD, HEYER & STEVENS |
|---|---|
| Attorneys for Charles M. Forman, Chapter 7 Trustee for CGM & Daughters Corporation | Attorneys for Debtor |
| By: /s/ Michael E. Holt     Michael E. Holt | By: /s/ David L. Stevens     David L. Stevens |
| Dated: April 26, 2023 | Dated: April 26, 2023 |

F0191684 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 23-10870-JKS
Christian G. Monne                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: May 01, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian G. Monne, 39 Graydon Terrace, Clifton, NJ 07013-3315 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Christian G. Monne dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov |
| Marc D. Miceli | on behalf of Creditor AGSCO Corporation mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 01, 2023 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| Matthew K. Fissel | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael E. Holt | on behalf of Interested Party Charles M. Forman  Chapter 7 Trustee for CGM & Daughters Corporation mholt@formanlaw.com, kanema@formanlaw.com |
| Steven J. Mitnick | on behalf of Creditor AGSCO Corporation smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9