| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.Mortgage, LLC f/k/a Quicken Loans, LLC | **Order Filed on May 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Christian G. Monne,<br><br>Debtor | Case No.: 23-10870 JKS<br>Adv. No.:<br>Hearing Date: 5/25/2023 @ 8:30 a.m.<br><br>Judge: John K. Sherwood |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page is hereby **ORDERED**

**DATED: May 11, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:          Christian G. Monne
Case No.:        23-10870 JKS
Caption:         **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, holder of a mortgage on real property located at 39 Graydon Terrace, Clifton, NJ, 07013, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and David L. Stevens, Esquire, appearing on behalf of the Debtor, and the parties having resolved the objection on the following terms:

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make payments in accordance with the trial modification; and

It **ORDERED, ADJUDGED and DECREED** that if the modification is not finalized by 9/1/2023, Debtor shall modify the plan to otherwise address secured creditor's claim; and

It **ORDERED, ADJUDGED and DECREED** that the trustee shall not make payments on the pre-petition claim while the trial modification is pending; and

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to the pre- or post-petition arrears in the even the trial modification is not finalized; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.