Form 186 − ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10870−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian G. Monne
   39 Graydon Terrace
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−9562

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/22/23 and a confirmation hearing on such Plan has been scheduled for 4/13/23.

The debtor filed a Modified Plan on 5/24/23 and a confirmation hearing on the Modified Plan is scheduled for 07/13/2023 at 8:30 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

       A full copy of the modified Plan will follow this notice.

Dated: May 25, 2023
JAN: wdh

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10870-JKS |
| Christian G. Monne | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 25, 2023 | Form ID: 186 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian G. Monne, 39 Graydon Terrace, Clifton, NJ 07013-3315 |
| intp | + | Charles M. Forman, Chapter 7 Trustee for CGM & Dau, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 519827528 | + | AGSCO Corporation, 60 Chapin Road, Pine Brook, NJ 07058-9216 |
| 519912217 | + | Charles M. Forman, Trustee for CGM & Daughters Cor, c/o Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| 519827531 | + | Citadel Servicing Corporation, 9726 Old Bailes Rd Ste 2, Fort Mill, SC 29707-7881 |
| 519827533 | | E-ZPass Customer Service Center, 375 NJ-21, Newark, NJ 07114 |
| 519901785 | + | Forman Holt, Attorneys At Law, Charles M. Forman, Chapter 7 Trustee, 365 W. Passaic St., Suite 400,, Rochelle Park, NJ 07662-3005 |
| 519827534 | + | HomansPeck, LLC, Michael D. Homans, 230 Sugartown Road, Suite 218, Wayne, PA 19087-6000 |
| 519827538 | + | Maurice Wutscher LLP, 5 Walter E Foran Boulevard, Suite 2007, Flemington, NJ 08822-4674 |
| 519827543 | + | Steven J. Mitnick, Esq., 49 Old Turnpike Road, Po Box 530, Oldwick, NJ 08858-0530 |
| 519827544 | + | The Fundworks, LLC, 5990 N. Sepulveda Blvd #310, Van Nuys, CA 91411-2523 |
| 519827545 | + | United States Attorney General - Attorney Gen, United States Department of Justice, Ben Franklin Station - P.O. Box 683, Washington, DC 20044-0683 |
| 519888343 | + | Wilmington Savings Fund Society, FSB, c/o ServiceMac, LLC, 9726 Old Bailes Road, Ste, 200, Fort Mill, SC 29707-7882 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 25 2023 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 25 2023 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 25 2023 21:30:09 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519860901 | | Email/PDF: bncnotices@becket-lee.com | May 25 2023 21:29:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519827529 | + | Email/PDF: bncnotices@becket-lee.com | May 25 2023 21:29:30 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519827530 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 21:54:50 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519837377 | + | Email/PDF: ebn_ais@aisinfo.com | May 25 2023 21:28:44 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519827532 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 25 2023 21:27:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519830783 | ^ | MEBN | May 25 2023 21:17:26 | First Portfolio Ventures Ii, Llc, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 519827535 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |

District/off: 0312-2

User: admin

Page 2 of 3

Date Rcvd: May 25, 2023

Form ID: 186

Total Noticed: 37

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| | | | May 25 2023 21:27:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 519888580 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 25 2023 21:27:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519827536 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 25 2023 21:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519827537 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 25 2023 21:29:28 | JPMCB Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519840562 | + | Email/Text: RASEBN@raslg.com | May 25 2023 21:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519831005 | | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2023 21:28:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519836255 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 25 2023 21:24:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519827539 | ^ | MEBN | May 25 2023 21:14:55 | New Jersey Attorney General Office Division o, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519827540 | + | Email/Text: bankruptcyteam@quickenloans.com | May 25 2023 21:27:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519851805 | + | Email/Text: bankruptcyteam@quickenloans.com | May 25 2023 21:27:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519827542 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 25 2023 21:24:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519827541 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 25 2023 21:44:23 | Secretary of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 519827639 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2023 21:43:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519829106 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 25 2023 21:44:23 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519860902 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2                              User: admin                                    Page 3 of 3
Date Rcvd: May 25, 2023                           Form ID: 186                                    Total Noticed: 37

Date: May 27, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| David L. Stevens | on behalf of Debtor Christian G. Monne dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov |
| Jamal J Romero | on behalf of Debtor Christian G. Monne jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marc D. Miceli | on behalf of Creditor AGSCO Corporation mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael E. Holt | on behalf of Interested Party Charles M. Forman  Chapter 7 Trustee for CGM & Daughters Corporation mholt@formanlaw.com, kanema@formanlaw.com |
| Steven J. Mitnick | on behalf of Creditor AGSCO Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10