UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-02639 BKOBJ03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wilmington Savings Fund Society, FSB,
not in its individual capacity but solely as trustee of
MFA 2021-NQM2 Trust

In Re:

CHRISTIAN G MONNE

**Order Filed on June 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:  23-10870-JKS

Hearing Date:  June 22, 2023

Judge:  JOHN K. SHERWOOD

Chapter:  13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is
hereby **ORDERED**

**DATED: June 23, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-02639 BKOBJ03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wilmington Savings Fund Society, FSB,
not in its individual capacity but solely as trustee of
MFA 2021-NQM2 Trust

| In Re:<br><br>CHRISTIAN G MONNE | Case No: 23-10870-JKS<br><br>Hearing Date: June 22, 2023<br><br>Judge: JOHN K. SHERWOOD<br><br>Chapter: 13 |

The Consent Order pertains to the property located at 33 Graydon Terrace, Clifton, NJ 07013 ("Property"), mortgage account ending with "7952";

This Matter having been brought before the Court by Jamal Romero, Esquire, attorney for Debtor, Christian G Monne (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1.    The Parties agree that this consent order shall be made part of the Confirmation Order.

2.    The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#14), which lists pre-petition arrears in the amount of $23,876.71, via a refinance of the Property that must be completed within fourteen (14) months after confirmation.

3.    Debtor agrees to make regular monthly mortgage payments in the current amount of $2,503.83 and acknowledges that the amount is subject to change in accordance with the terms of the note and mortgage.

4.      If the Debtor fails to refinance the Property within fourteen (14) months of confirmation or fails to make any regular monthly mortgage payment within thirty (30) days of the date it becomes due, then the Creditor may obtain an Order vacating, terminating and/or annulling the Automatic Stay as to the Property by filing, with the Bankruptcy court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Bankruptcy Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and Debtor's attorney.

5.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
 Wilmington Savings Fund Society, FSB, not in
its individual capacity but solely as trustee of
MFA 2021-NQM2 Trust
By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: 6/16/23

DEBTOR
By Their Attorney

/s/
Jamal Romero, Esquire
Attorney for Debtor
Scura, Wigfield, Heyer, Stevens &
Cammarota, LLP,
1599 HAMBURG TPKE,
WAYNE, NJ 07470
Phone Number: 973-696-8391
Email: jromero@scura.com

Dated: 6/16/23