UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1 Harmon Meadow Blvd. Suite 201
Secaucus, NJ 07094
Email: jromero@scura.com
Jamal J. Romero, Esq.
Attorneys for Debtor

**Order Filed on August 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Christian G. Monne,

                  Debtor.

Case No.: 23-10870 (JKS)

Chapter 13

Judge: Hon. John K. Sherwood

**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2), is hereby ORDERED.

**DATED: August 30, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

1

This matter opened to the Court by Christian Monne (the "Debtor") upon the filing of a Chapter 13 Plan (the "Plan"), and AGSCO Corporation (the "Creditor") (Debtor and Creditor collectively referred to as the "Parties") having filed Proof-of Claim ("POC") number 5 in the claims register of this case, which claim is based partially on a judgment docketed as a Statewide lien (the "Judgment") and partially premised on unsatisfied settlement agreement dated on or about April 9, 2021 (the "Settlement Agreement") entered into between the Parties in connection with the U.S. District Court Action, Case No. 2:20-cv-05720, (U.S. Dist. Ct., D.N.J.); and Creditor having objected to confirmation of the Plan and whereas the Parties hereto have resolved Creditor's objection with the entry of this order, and the Court taking notice of the Parties' consent to the relief provided herein, it is hereby **ORDERED**:

1. Proof-of Claim number 5 in the claims register of this case is bifurcated to an allowed secured claim in the amount of $100,000 and an allowed General Unsecured Claim in the amount of $40,000. Creditor shall file an amended POC in accordance with this order. Creditor's allowed secured claim shall be paid in full pursuant to Part 4(g) of any chapter 13 plan confirmed in this Chapter 13 case.

2. Creditor's General Unsecured Claim shall be paid in accordance with other General Unsecured Claims through the Plan.

3. Should Debtor fail to successfully complete this Chapter 13 Plan, and/or if this instant bankruptcy case is dismissed or is converted to any other chapter of the Bankruptcy Code, then the Parties shall be returned to the *status quo* as it existed prior to the filing of this instant bankruptcy case and the Creditor shall be free to pursue any remedies as

2

existed prior to such time, including, but not limited to, and to the extent permitted

under applicable law, Creditor's right to collect its original Judgment and/or the total

settlement amount pursuant to the Settlement Agreement, plus reasonable attorneys'

fees and costs and less any payment(s) already made to Creditor.

4. In the event that this Chapter 13 Plan is modified or amended, Creditor reserves its

right to object to any such modified or amended Chapter 13 plan and/or file an amended

POC.

5. This Order will be incorporated in and become a part of any Order Confirming Plan in

this case.

The undersigned consent to the
form and entry of this order.


/s/ Jamal J. Romero                                    /s/Marc D. Miceli
Jamal J. Romero, Esq.                                  Marc D. Miceli, Esq.
*Counsel to Debtor Christian Monne*                    *Counsel to AGSCO Corporation*



                                                       AGSCO CORPORATION


/s/Christian G. Monne                                  By:/s/Ted Plonsker
Christian G. Monne                                     Ted Plonsker, President


3

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 23-10870-JKS

Christian G. Monne                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

**Recip ID**          **Recipient Name and Address**
db              + Christian G. Monne, 39 Graydon Terrace, Clifton, NJ 07013-3315

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Christian G. Monne dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov |
| Jamal J Romero | on behalf of Debtor Christian G. Monne jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |

Marc D. Miceli
      on behalf of Creditor AGSCO Corporation mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marie-Ann Greenberg
      magecf@magtrustee.com

Matthew K. Fissel
      on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20
      wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael E. Holt
      on behalf of Interested Party Charles M. Forman  Chapter 7 Trustee for CGM & Daughters Corporation mholt@formanlaw.com,
      kanema@formanlaw.com

Steven J. Mitnick
      on behalf of Creditor AGSCO Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10