

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
jromero@scura.com
Attorney for Debtor

Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christian G. Monne,

                Debtor.

Case No.: 23-10870-JKS

Chapter: 13

Judge: JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 2, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $     12,450.19     for services rendered and expenses in the amount of $     476.59     for a total of $     12,926.78    . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority. *See note

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $    N/A    per month for     N/A     months to allow for payment of the above fee.

**\* The amount to be paid through the Chapter 13 Plan is $10,426.78** ($12,926.78 less the $2,500.00 retainer paid.)

*rev.8/1/15*