Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| CHRISTIAN G. MONNE,<br>Debtor | Case No.: 23-10870 JKS |

### NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | THE FUNDWORKS, LLC |
| Trustee Claim #: | 17 |
| Court Claim #: | |
| Claimed Amount: | $80,857.80 |
| Date Claim Filed: | UNFILED |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The above debt was contained in debtor(s) plan and Trustee has set up with reserve for this creditor until a proof of claim is filed with the Court.  In the event a proof of claim is not filed within sixty (60) days of this notice, the reserve will be removed and money will be disbursed to other creditors.  In the event that a proof of claim is filed at a later date, the Trustee will NOT seek refunds from creditors that received disbursements in the interim.

Dated:  November 01, 2023

By: /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

CHRISTIAN G. MONNE
39 GRAYDON TERRACE
CLIFTON, NJ   07013

THE FUNDWORKS, LLC
5990 N. SEPULVEDA BLVD #310
VAN NUYS, CA   91411

SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ   07470