SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:   CHRISTIAN G. MONNE                         Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
      39 GRAYDON TERRACE                                 1599 HAMBURG TURNPIKE
      CLIFTON, NJ  07013                                 WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-10870

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $44,625.00**

### RECEIPTS AS OF 01/01/2024       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/10/2023 | $1,100.00 | 9048727000 | 04/25/2023 | $1,100.00 | 9128575000 |
| 06/01/2023 | $1,100.00 | 9197791000 | 06/16/2023 | $725.00 | 9225080000 |
| 07/31/2023 | $725.00 | 9301049000 | 09/01/2023 | $461.00 | 9355920000 |
| 09/01/2023 | $264.00 | 9355926000 | 10/02/2023 | $725.00 | 9408236000 |
| 11/08/2023 | $725.00 |  | 12/07/2023 | $725.00 |  |

**Total Receipts: $7,650.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,650.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024       (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 565.86 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 10,426.78 | 100.00% | 7,809.14 | 2,617.64 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AGSCO CORPORATION | SECURED | 100,000.00 | 100.00% | 0.00 |  |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 5,165.65 | * | 0.00 |  |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 11,076.22 | * | 0.00 |  |
| 0004 | WILMINGTON SAVINGS FUND SOCIETY, | (NEW) Prepetition | 0.00 | 100.00% | 0.00 |  |
| 0005 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 |  |
| 0006 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 12,556.26 | * | 0.00 |  |
| 0009 | UNITED STATES TREASURY/IRS | UNSECURED | 4,879.46 | * | 0.00 |  |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 1,603.27 | * | 0.00 |  |
| 0013 | ROCKET MORTGAGE, LLC FKA QUICKEN | (NEW) Prepetition | 0.00 | 100.00% | 0.00 |  |
| 0014 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition | 0.00 | 100.00% | 0.00 |  |
| 0015 | STATE OF NJ | SECURED | 24,213.12 | 100.00% | 0.00 |  |
| 0017 | THE FUNDWORKS, LLC | SECURED | 0.00 | 100.00% | 0.00 |  |
| 0021 | FIRST PORTFOLIO VENTURES II LLC | UNSECURED | 478.78 | * | 0.00 |  |

**Chapter 13 Case # 23-10870**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0022 | LVNV FUNDING LLC | UNSECURED | 593.83 | * | 0.00 | |
| 0023 | UNITED STATES TREASURY/IRS | PRIORITY | 21,365.83 | 100.00% | 0.00 | |
| 0025 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,394.65 | * | 0.00 | |
| 0026 | JPMORGAN CHASE BANK NA | UNSECURED | 9,038.44 | * | 0.00 | |
| 0027 | STATE OF NJ | UNSECURED | 1,545.63 | * | 0.00 | |
| 0028 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 1,180.76 | 100.00% | 0.00 | |
| 0029 | CHARLES FORMAN TRUSTEE FOR CGM A | UNSECURED | 412,084.00 | * | 0.00 | |
| 0030 | AGSCO CORPORATION | UNSECURED | 40,000.00 | * | 0.00 | |

**Total Paid: $8,375.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $7,650.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $8,375.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE．ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN．