UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Jamal Romero, Esq.
Email:jromero@scura.com
Counsel for Debtor.

In Re:

Christian G. Monne
            Debtor.

Case No.:  23-10870

Judge:  JKS

Chapter:  13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by ___Rocket Mortgage, LLC___, creditor,

   A hearing has been scheduled for ___3/14/2024___, at 10:00 AM.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):**

☒ Other **(explain your answer):**
Payment of $3,238.05 has been made on January 23, 2024 and additional payment of $3,305.77 has been made on March 1, 2024. I am filing a modified plan to request the post-petition mortgage arrears be paid through the remaining months of my chapter 13 plan.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 03/07/2024                                              /s/Christian G. Monne
                                                              Debtor's Signature

Date: _____                                          _____
                                                              Debtor's Signature


**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

Jan 23

Purchase                                         $1,036.03 (?)

Broad Liquors                                    $11.72  >
Purchase                                         $1,892.08

Jan 22

ATM Withdrawal                                   $37.00  >
Withdrawal                                       $1,903.80

**ROCKET MORTGAGE**                              **$3,238.05**  >
Transfer                                         $1,940.80

**Mar 1**

Purchase $2,548.60

Uber Technologies $9.92 >
Purchase $2,555.38

**ROCKET MORTGAGE** $3,305.77 >
Transfer $2,565.30

ATM Withdrawal $37.00 >
Withdrawal $5,871.07

TFS 888-729-2413 $728.99 >