UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Christian Monne,

Debtor.

Case No.:      23-10870-JKS

Chapter:            13

Hearing Date:    03/14/2024

Judge:           Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 39 Graydon Terrace (Docket # 67)

_____

Date: 03/12/2024                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*