Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for ServiceMac as Servicer for Wilmington Savings
Fund Society, FSB, not in its individual capacity but solely as
trustee of MFA 2021-NQM2 Trust
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 23-10870-JKS |
| Christian G. Monne | |
| Debtor | CHAPTER 13 |
| | Judge: John K. Sherwood |

----------------------------------------------------------X

## NOTICE OF OBJECTION TO CONFIRMATION OF PLAN

**PLEASE TAKE NOTICE** that ServiceMac as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 33 Graydon Terrace, Clifton, NJ 07013 by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor filed the current Chapter 13 bankruptcy proceeding on February 1, 2023.
2. On June 23, 2023, Debtor and Secured Creditor entered into a Consent Order to Resolve a pending Plan Objection. This Consent Order, among other things, provided for the Debtor to obtain refinancing in order to pay off Secured Creditor's lien within fourteen (14) months of Confirmation.
3. On August 25, 2023, this Court entered an Order Confirming Chapter 13 Plan which includes the June 23, 2023 as material terms therein.
4. Debtor filed a Modified Chapter 13 Plan on March 8, 2023.
5. This Modified Chapter 13 Plan similarly seeks to refinance the subject property and provides a deadline of "18 months from confirmation of the plan."

6. This extension of the deadline to refinance the property beyond the date agreed upon by the parties in the June 23, 2023 Consent Order Resolving Plan Objection is not warranted and far too speculative to confirm under the provisions of Title 11.

7. Debtor`s proposed Modified Chapter 13 Plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

8. Debtor`s proposed plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: April 4, 2024
Garden City, New York

By: /s/ Charles Wohlrab
Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for ServiceMac as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Charles Wohlrab, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorneys for ServiceMac as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust<br>T: (212) 471-5100<br>F: (212) 471-5150 | Case No.: 23-10870-JKS<br><br>Chapter: 13 |
| In Re:<br>Christian G. Monne<br>Debtor | Adv. No.:<br><br>Hearing Date: April 11, 2024<br><br>Hon. Judge: John K. Sherwood |

**CERTIFICATION OF SERVICE**

1. I, <u>Gloria Garcia</u>:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for <u>Charles Wohlrab, Esq.</u>, who represents <u>Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust</u> in this matter.

2. On <u>April 4, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Objection to Plan (NJ)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 4, 2024                                /s/ _____
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Christian G. Monne<br>39 Graydon Terrace<br>Clifton, NJ 07013 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| | Co-Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| Romero J. Jamal<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Bankruptcy Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>Other____ (as authorized by the court *) |

| | | |
|---|---|---|
| U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other       (as authorized by the court *) |