UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-02639 BKOBJ04
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust

In Re:

CHRISTIAN G MONNE

**Order Filed on April 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 23-10870-JKS

Hearing Date: April 11, 2024

Judge: JOHN K. SHERWOOD

Chapter: 13

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 17, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-02639 BKOBJ04
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust

In Re:

CHRISTIAN G MONNE

Case No: 23-10870-JKS

Hearing Date: April 11, 2024

Judge: JOHN K. SHERWOOD

Chapter: 13

    The Consent Order pertains to the property located at 33 Graydon Terrace, Clifton, NJ 07013, mortgage account ending with "7952";

    This Matter having been brought before the Court by, Jamal J Romero, Esquire, attorney for Debtor, Christian G Monne (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order:

    1.    The Parties agree that this consent order shall be made part of the Confirmation Order.

    2.    The Debtor agrees that they shall cure the full amount of Creditor's secured Proof of Claim, which lists pre-petition arrears in the amount of $23,876.71, via a refinance of the Property that must be completed by October 25, 2024.

    3.    The Debtor agrees to pay Creditor's claim for post-petition arrears in the amount of $9,272.87 per the Order entered on February 23, 2024 via Chapter 13 Plan payments.

    4.    If the Debtor fails to obtain a refinance of the Property by October 25, 2024, then the Creditor may obtain an Order vacating, terminating and/or annulling the Automatic Stay as to the Property by filing, with the Bankruptcy court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Bankruptcy Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and Debtor's attorney.

    5.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

| | |
|---|---|
| BROCK AND SCOTT, PLLC<br>Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust<br>By Its Attorney, | DEBTOR<br>By Their Attorney, |
| /s/ Matthew Fissel<br>Matthew Fissel, Esquire<br>(Bar No. 038152012)<br>Attorney for Creditor<br>BROCK & SCOTT, PLLC<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103<br>Telephone:  844-856-6646<br>Facsimile:  704-369-0760<br>E-Mail:  NJBKR@brockandscott.com | /s/<br>Jamal J Romero, Esquire<br>Attorney for Debtor<br>1599 Hamburg turnpike,<br>Wayne, NJ 07470<br>Phone Number: 973-696-8391<br>Email: jromero@scura.com |
| Dated: 04/11/2024 | Dated: 04/11/2024 |