UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106
201-549-2363
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

Order Filed on May 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christian G. Monne,
　　　　　　　　　Debtor/Respondent

Gianna Monne,

　　　　　　　　　Co-Debtor/Respondent

Case No.:　　23-10870

Chapter:　　13

Hearing Date:

Judge:　　John K. Sherwood

## CONSENT ORDER CLARIFYING AND PROVIDING FOR CURE OF POST-PETITION ARREARS[1]

The relief set forth on the following page is **ORDERED**.

**DATED: May 23, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] This Consent Order corrects the amount of arrears listed on page 2 of the Order entered at Docket No. 79. Instead of $9,781.87, the arrears for post-petition payments due January 2024 through March 2024 are $9,917.31 due to a payment change.

**(Page 2)**
Debtor: Christian G. Monne
Case No: 23-10870 JKS
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, holder of a mortgage on real property located at 39 Graydon Terrace, Clifton, NJ, 07013, Denise Carlon, Esq. appearing, upon a consent order curing post-petition arrears, and this Court having considered the representations of attorneys for Secured Creditor and Jamal L. Romero, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 15, 2024, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for post-petition payments due January 2024 through March 2024 for a total post-petition default of $9,917.31 (3 @ $3,305.77); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears totaling $9,917.31, shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcies proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors post-petition arrears are hereby resolved.

I hereby agree and consent to the above terms and conditions:    Dated:  5/1/2024

*/s/Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:    Dated: 5/10/24

Jamal J. Romero, ESQ., ATTORNEY FOR DEBTOR