Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10870−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian G. Monne
   39 Graydon Terrace
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−9562

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/12/24 at 10:00 AM

to consider and act upon the following:

**95** − Creditor's Certification of Default (related document:69 Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of ServiceMac, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021−NQM2 Trust. Objection deadline is 08/19/2024. (Attachments: # 1 Certification # 2 Exhibit A: Filed Order # 3 Proposed Order # 4 Certificate of Service) (Wohlrab, Charles)

**96** − Certification in Opposition to (related document:95 Creditor's Certification of Default (related document:69 Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of ServiceMac, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021−NQM2 Trust. Objection deadline is 08/19/2024. (Attachments: # 1 Certification # 2 Exhibit A: Filed Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor ServiceMac, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021−NQM2 Trust) filed by Jamal J Romero on behalf of Christian G. Monne. (Romero, Jamal)

Dated: 8/20/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court