**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1 Harmon Meadow Blvd., Suite 201
Secaucus, New Jersey 07094
Telephone: 973-435-0179
Jromero@scura.com
Jamal J. Romero, Esq.
*Counsel for Debtor*

Order Filed on October 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re*: | Case No. 23-10870-JKS |
| Christian Monne, | Chapter 13 |
| Debtor. | Hearing Date: September 26, 2024 |
| | Judge: Hon. John K. Sherwood |

### INTERIM ORDER ON CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two, is hereby **ORDERED.**

**DATED: October 2, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by the Secured Creditor, ServiceMac, LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust, by and through its counsel, Friedman Vartolo, LLP, upon the filing of a Certification of Default (the "Secured Creditor") and opposition from Christian Monne (the " Debtor") by and through his counsel Scura, Wigfield, Heyer, Stevens and Cammarota, LLP, and the Court having heard arguments of counsel and for good cause

It is hereby **ORDERED** as follows:

1. Status of Automatic Stay:
   a. The parties agree that the Automatic Stay is in full force and effect as to Applicant's interest in the real property being described as 33 Graydon Terrace, Clifton, NJ 07013 (hereinafter "the property") as of the commencement of this case, February 1, 2023.

2. Post-Petition Payments and Certification:
   a. All post-petition mortgage payments due to Secured Creditor for the months of June 1, 2024 through September 1, 2024 should be remitted immediately to Secured Creditor no later than September 30, 2024.

3. Default:
   a. Debtor shall be in default of this Order if any payment referenced in Paragraph Two (2) of this Order is not received by Secured Creditor by end of the business day on September 30, 2024. The parties agree that in the event of a default of this Interim Order, Secured Creditor shall be entitled to obtain an Order Granting Relief from the Automatic Stay.

4. Hearing Date
   a. The hearing on Creditor's Certification of Default (ECF: 95) is hereby rescheduled to October 10, 2024 at 10:00 AM.