**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1 Harmon Meadow Blvd., Suite 201
Secaucus, New Jersey 07094
Telephone: 973-435-0179
Jromero@scura.com
Jamal J. Romero, Esq.
*Counsel for Debtor*

Order Filed on October 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re*: | Case No. 23-10870-JKS |
| Christian Monne, | Chapter 13 |
| Debtor. | Hearing Date: September 26, 2024 |
| | Judge: Hon. John K. Sherwood |

## INTERIM ORDER ON CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two, is hereby **ORDERED.**

**DATED: October 2, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by the Secured Creditor, ServiceMac, LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust, by and through its counsel, Friedman Vartolo, LLP, upon the filing of a Certification of Default (the "Secured Creditor") and opposition from Christian Monne (the " Debtor") by and through his counsel Scura, Wigfield, Heyer, Stevens and Cammarota, LLP, and the Court having heard arguments of counsel and for good cause

It is hereby **ORDERED** as follows:

1. Status of Automatic Stay:
    a. The parties agree that the Automatic Stay is in full force and effect as to Applicant's interest in the real property being described as 33 Graydon Terrace, Clifton, NJ 07013 (hereinafter "the property") as of the commencement of this case, February 1, 2023.

2. Post-Petition Payments and Certification:
    a. All post-petition mortgage payments due to Secured Creditor for the months of June 1, 2024 through September 1, 2024 should be remitted immediately to Secured Creditor no later than September 30, 2024.

3. Default:
    a. Debtor shall be in default of this Order if any payment referenced in Paragraph Two (2) of this Order is not received by Secured Creditor by end of the business day on September 30, 2024. The parties agree that in the event of a default of this Interim Order, Secured Creditor shall be entitled to obtain an Order Granting Relief from the Automatic Stay.

4. Hearing Date
    a. The hearing on Creditor's Certification of Default (ECF: 95) is hereby rescheduled to October 10, 2024 at 10:00 AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 23-10870-JKS
Christian G. Monne                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Oct 03, 2024                Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian G. Monne, 39 Graydon Terrace, Clifton, NJ 07013-3315 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

**Name**               **Email Address**

Andrew L. Spivack
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Charles G. Wohlrab
    on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

David L. Stevens
    on behalf of Debtor Christian G. Monne dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Eamonn O'Hagan
    on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov

Jamal J Romero
    on behalf of Debtor Christian G. Monne jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com

Marc D. Miceli
    on behalf of Creditor AGSCO Corporation mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael E. Holt
    on behalf of Interested Party Charles M. Forman  Chapter 7 Trustee for CGM & Daughters Corporation mholt@formanlaw.com, kanema@formanlaw.com

Steven J. Mitnick
    on behalf of Creditor AGSCO Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12