UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Wohlrab, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for ServiceMac, LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

In Re:

Christian G. Monne,

Debtor.

Case No.: 23-10870-JKS

Chapter: 13

Hearing Date: 10/24/2024 at 10am

Judge: John K. Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Creditor's Certification of Default (Doc.: 95) filed on August 5, 2024.

Date: 10/17/24

/s/ Charles G. Wohlrab
Signature

*rev.8/1/15*