Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10870−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian G. Monne
   39 Graydon Terrace
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−9562

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/9/25 at 10:00 AM

to consider and act upon the following:

*103* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/28/2024. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*106* − Certification in Opposition to (related document: 103 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg. Modified on 12/2/2024 (zlh).

Dated: 12/2/24

                                                  Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court