Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10870−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian G. Monne
   39 Graydon Terrace
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−9562

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/9/25 at 10:00 AM

to consider and act upon the following:

*102* − Creditor's Certification of Default (related document:79 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 20. Objection deadline is 11/27/2024. (Attachments: # 1 Exhibit # 2 Exhibit) (Fissel, Matthew)

*105* − Certification in Opposition to (related document:102 Creditor's Certification of Default (related document:79 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 20. Objection deadline is 11/27/2024. (Attachments: # 1 Exhibit # 2 Exhibit) filed by Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 20) filed by Jamal J Romero on behalf of Christian G. Monne. (Romero, Jamal)

Dated: 12/2/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10870-JKS |
| Christian G. Monne | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 2
Date Rcvd: Dec 02, 2024       Form ID: ntchrgbk       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christian G. Monne, 39 Graydon Terrace, Clifton, NJ 07013-3315 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Charles G. Wohlrab | on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| David L. Stevens | on behalf of Debtor Christian G. Monne dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

Eamonn O'Hagan
    on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov

Jamal J Romero
    on behalf of Debtor Christian G. Monne jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com

Marc D. Miceli
    on behalf of Creditor AGSCO Corporation mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael E. Holt
    on behalf of Interested Party Charles M. Forman  Chapter 7 Trustee for CGM & Daughters Corporation mholt@formanlaw.com, kanema@formanlaw.com

Steven J. Mitnick
    on behalf of Creditor AGSCO Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12