Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23–10870–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christian G. Monne
    39 Graydon Terrace
    Clifton, NJ 07013

Social Security No.:
    xxx–xx–9562

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/23/25 at 10:00 AM

to consider and act upon the following:

*113* – Creditor's Certification of Default (related document:87 Order (Generic)) filed by Matthew K. Fissel on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 20. Objection deadline is 12/26/2024. (Attachments: # 1 Exhibit # 2 Exhibit) (Fissel, Matthew)

*114* – Certification in Opposition to (related document:113 Creditor's Certification of Default (related document:87 Order (Generic)) filed by Matthew K. Fissel on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 20. Objection deadline is 12/26/2024. (Attachments: # 1 Exhibit # 2 Exhibit) filed by Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 20) filed by Jamal J Romero on behalf of Christian G. Monne. (Romero, Jamal)

Dated: 12/27/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court