| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-02639 BKAOD01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust | Order Filed on January 30, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Christian G Monne | Case No: 23-10870-JKS<br><br>Hearing Date: January 23, 2025<br><br>Judge: John K. Sherwood<br><br>Chapter: 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form | ☐ Followed | ☒ Modified |

### INTERIM ORDER ON CREDITOR'S CERTIFICATION OF DEFAULT WITH CONDITIONS

The relief set forth on the following page is **ORDERED**.

**DATED: January 30, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust |
| Applicant's Counsel: | Matthew Fissel, Esquire, Brock & Scott, PLLC |
| Debtor's Counsel: | Jamal J Romero, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, Esquire |
| Property Involved ("Property"): | 33 Graydon Terrace, Clifton, NJ 07013 |

Relief sought:   ☒   Creditor's Certification of Default

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED**:

1. The hearing on Creditor's Certification of Default is adjourned to February 27, 2025.

2. Status of post-petition arrearages:

   ☒   The Debtor is overdue for 2 months, from December 1, 2024 to January, 1 2025.

   ☒   The Debtor is overdue for 2 payments at $2,532.68 per month.

   ☒   There is currently $2,555.24 being held in Debtor's suspense account

   **Total Arrearages Due:  $2,677.96**

2. The Debtor must cure all post-petition arrearages described above by February 14, 2025.

3. The Debtor must file a Certification by February 21, 2025 detailing the Debtor's alleged equity in the Property as well as the Debtor's efforts toward refinancing the Property since the Bankruptcy Petition was filed on February 1, 2023, and attaching a Letter from a broker or lender confirming that a refinance of the Property is feasible.

4. If the Debtor fails to comply with any of the above-stated terms, Creditor's attorney shall file a Letter confirming non-compliance and the Court shall enter an Order granting relief from the automatic stay.