UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Attorney for Debtor

In Re:

Christian G. Monne,

                                      Debtor.

Order Filed on February 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-10870

Hearing Date: 02/27/2025

Judge: John K. Sherwood

Chapter: 13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 28, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ___], and no objections having been raised, it is:

**ORDERED** that  SWHS&C, LLP.  , the applicant, is allowed a fee of $ 4,620.50  for services rendered and expenses in the amount of $ 2.00  for a total of $ 4,622.50  . The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $ 4,622.50  less retainer of $ 0.00  equals: $4,622.50  (amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☒ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9/30/2024*