| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Scura, Wigfield, Heyer, Stevens & Cammarota, LLP 1599 Hamburg Turnpike Wayne, NJ 07470 Tel.: 973-696-8391 David L. Stevens, Esq. dstevens@scura.com Attorney for Debtor | |
| In Re: Christian G. Monne, Debtor. | |

Order Filed on February 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 23-10870 |
| Hearing Date: | 02/27/2025 |
| Judge: | John K. Sherwood |
| Chapter: | 13 |

### ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 28, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ___], and no objections having been raised, it is:

**ORDERED** that  SWHS&C, LLP._____ , the applicant, is allowed a fee of $ 4,620.50___ for services rendered and expenses in the amount of $ 2.00____ for a total of $ 4,622.50___ . The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $ 4,622.50___ less retainer of $ 0.00_____ equals: $ 4,622.50___ (amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☒ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9/30/2024*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10870-JKS |
| Christian G. Monne | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian G. Monne, 39 Graydon Terrace, Clifton, NJ 07013-3315 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Charles G. Wohlrab | |
| | on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| David L. Stevens | |
| | on behalf of Debtor Christian G. Monne dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;vduarte@scura.com |
| Denise E. Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Eamonn O'Hagan
    on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov

Jamal J Romero
    on behalf of Debtor Christian G. Monne jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Marc D. Miceli
    on behalf of Creditor AGSCO Corporation mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Matthew K. Fissel
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael E. Holt
    on behalf of Interested Party Charles M. Forman  Chapter 7 Trustee for CGM & Daughters Corporation mholt@formanlaw.com, kanema@formanlaw.com

Steven J. Mitnick
    on behalf of Creditor AGSCO Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13