SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
jromero@scura.com
Counsel for Debtor



Order Filed on March 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

Christian G. Monne,

          Debtor.

Case No. 23-10870

Chapter 13

Hon. John K. Sherwood

## INTERIM ORDER ON CREDITOR'S CERTIFICATION OF DEFAULT WITH CONDITIONS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 11, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** having been presented to the Court by Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust by and through its counsel, Matthew Fissel, Esquire, Brock & Scott, PLLC and opposed by Christian Monne (the" Debtor") represented by Jamal Romero, Esquire, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, whose property is 33 Graydon Terrace, Clifton, NJ 07013 (the "Property"), seeking relief from Stay pursuant to Creditor's Certification of Default

For good cause shown, it is **ORDERED**:

The hearing on the Creditor's Certification of Default shall be adjourned to March 27, 2025; The Debtor shall remit immediate payment of March mortgage payment no later than March 3, 2025, and if proof of payment is not received by Creditor's counsel by March 3, 2025, Creditor's counsel may move for a hearing on shortened time to obtain stay relief.

**IT IS FURTHER ORDERED** that if Debtor complies with above, the Debtor must docket a letter by March 20, 2025, from a broker or lender outlining the necessary steps to obtain a refinance of the Property and feasibility/ time frame it would take to refinance.

**IT IS FURTHER ORDERED** that Debtor shall file a Certification by March 20, 2025, detailing the Debtor's efforts towards refinancing the Property since the Bankruptcy Petition was filed on February 1, 2023.