UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarotta, LLP
1 Harmon Meadow Blvd, Ste 201
Secaucus, New Jersey, 07094
Tel.: 973-696-8391
jromero@scura.com
Jamal J. Romero, Esq.
Counsel for Debtor.

In Re:

Christian G. Monne
                    Debtor.

Case No.:        23-10870

Chapter:              13

Hearing Date: _____

Judge:              JKS

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Dkt.114 -Certification in Opposition to Creditor Certification of Default.

_____

Date: 05/22/2025

/s/ Jamal J. Romero, Esq.
Signature

*rev.8/1/15*