Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−10870−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian G. Monne
   39 Graydon Terrace
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−9562

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 28, 2025.

Dated: August 28, 2025
JAN: zlh

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christian G. Monne  
    Debtor

Case No. 23-10870-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 28, 2025      Form ID: plncf13      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian G. Monne, 39 Graydon Terrace, Clifton, NJ 07013-3315 |
| intp | + | Charles M. Forman, Chapter 7 Trustee for CGM & Dau, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| cr | + | ServiceMac, LLC as Servicer for Wilmington Savings, FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 519827528 | + | AGSCO Corporation, 60 Chapin Road, Pine Brook, NJ 07058-9216 |
| 519827531 | + | Citadel Servicing Corporation, 9726 Old Bailes Rd Ste 2, Fort Mill, SC 29707-7881 |
| 519827533 | | E-ZPass Customer Service Center, 375 NJ-21, Newark, NJ 07114 |
| 519901785 | + | Forman Holt, Attorneys At Law, Charles M. Forman, Chapter 7 Trustee, 365 W. Passaic St., Suite 400,, Rochelle Park, NJ 07662-3005 |
| 519827534 | + | HomansPeck, LLC, Michael D. Homans, 230 Sugartown Road, Suite 218, Wayne, PA 19087-6000 |
| 519827538 | + | Maurice Wutscher LLP, 5 Walter E Foran Boulevard, Suite 2007, Flemington, NJ 08822-4674 |
| 519827543 | + | Steven J. Mitnick, Esq., 49 Old Turnpike Road, Po Box 530, Oldwick, NJ 08858-0530 |
| 519827544 | + | The Fundworks, LLC, 5990 N. Sepulveda Blvd #310, Van Nuys, CA 91411-2523 |
| 519827545 | + | United States Attorney General - Attorney Gen, United States Department of Justice, Ben Franklin Station - P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 22:04:20 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519860901 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2025 22:04:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519827529 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2025 21:29:39 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519827530 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 21:40:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519837377 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2025 21:40:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519912217 | ^ | MEBN | Aug 28 2025 21:16:45 | Charles M. Forman, Trustee for CGM & Daughters Cor, c/o Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| 519827532 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 28 2025 21:19:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519830783 | ^ | MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 28 2025 21:14:35 | First Portfolio Ventures Ii, Llc, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 519827535 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 28 2025 21:19:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 519888580 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 28 2025 21:19:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519827536 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2025 21:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519827537 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2025 21:28:36 | JPMCB Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519840562 | + | Email/Text: RASEBN@raslg.com | Aug 28 2025 21:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519831005 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 21:40:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519836255 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 28 2025 21:17:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519827539 | ^ | MEBN | Aug 28 2025 21:14:43 | New Jersey Attorney General Office Division o, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519827540 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 28 2025 21:19:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519851805 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 28 2025 21:19:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519827542 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 28 2025 21:17:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519827541 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 28 2025 21:40:33 | Secretary of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 519827639 | ^ | MEBN | Aug 28 2025 21:16:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519829106 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 28 2025 21:40:33 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519888343 | ^ | MEBN | Aug 28 2025 21:16:57 | Wilmington Savings Fund Society, FSB, c/o ServiceMac, LLC, 9726 Old Bailes Road, Ste, 200, Fort Mill, SC 29707-7882 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519860902 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 28, 2025 | Form ID: plncf13 | Total Noticed: 38 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

**Name**    **Email Address**

Andrew L. Spivack
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew L. Spivack
on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Charles G. Wohlrab
on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

David L. Stevens
on behalf of Debtor Christian G. Monne dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov

Jamal J Romero
on behalf of Debtor Christian G. Monne jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Marc D. Miceli
on behalf of Creditor AGSCO Corporation mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marie-Ann Greenberg
magecf@magtrustee.com

Michael E. Holt
on behalf of Interested Party Charles M. Forman  Chapter 7 Trustee for CGM & Daughters Corporation mholt@formanlaw.com, kanema@formanlaw.com

Steven J. Mitnick
on behalf of Creditor AGSCO Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12