| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCURA, WIGFIELD, HEYER<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>973-696-8391<br>Jamal J Romero, Esq.<br>Email: jromero@scura.com<br>Counsel for Debtor<br><br>In Re:<br><br>Christian G. Monne,<br><br>Debtor. | Case No.: 23-10870-JKS<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: 10/23/2025 10:00AM<br><br>Judge: JKS |

# CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtor in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On October 2, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Object To Claims of Chapter 7 Trustee Charles M Forman, Brief, Certification and Proposed Order (Dkt.154); Notice of Objection to Claim No. 16 (Dkt.155)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 2, 2025                     /s/ Silvia Pereyra
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Christian G. Monne<br>39 Graydon Terrace<br>Clifton, NJ 07013 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michael E. Holt, Esq.<br>Forman Holt, Attorneys At Law<br>365 W. Passaic Street, Suite 400<br>Rochelle Park, NJ 07662 | Counsel for Creditor Charles M. Forman, Trustee for CGM & Daughters Cor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CGM & Daughters Corporation<br>Attn: President/CEO/Registered Agent<br>39 Grayson Terrace<br>Clifton, NJ 07013 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Charles M. Forman, Trustee<br>Forman Holt, Attorneys At Law<br>365 W. Passaic Street, Suite 400<br>Rochelle Park, NJ 07662 | Ch. 7 Trustee; Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |


