| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>CHRISTIAN G. MONNE | Case No.: 23-10870<br><br>Adv. No.:<br><br>Hearing Date:  01/22/2026<br><br>Judge:  JKS |

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/17/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
CHRISTIAN G. MONNE
39 GRAYDON TERRACE
CLIFTON, NJ  07013
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470
Mode of Service:  ECF and/or Regular Mail

---

Dated:  December 17, 2025

By:  /S/  Keith Guarneri
     Keith Guarneri