SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  CHRISTIAN G. MONNE  
39 GRAYDON TERRACE  
CLIFTON, NJ  07013

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 23-10870

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $92,690.00**

### RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/10/2023 | $1,100.00 | 9048727000 | 04/25/2023 | $1,100.00 | 9128575000 |
| 06/01/2023 | $1,100.00 | 9197791000 | 06/16/2023 | $725.00 | 9225080000 |
| 07/31/2023 | $725.00 | 9301049000 | 09/01/2023 | $461.00 | 9355920000 |
| 09/01/2023 | $264.00 | 9355926000 | 10/02/2023 | $725.00 | 9408236000 |
| 11/08/2023 | $725.00 | | 12/07/2023 | $725.00 | |
| 01/04/2024 | $725.00 | | 02/07/2024 | $725.00 | |
| 03/07/2024 | $725.00 | | 04/01/2024 | $725.00 | |
| 05/07/2024 | $725.00 | | 06/10/2024 | $1,000.00 | |
| 07/12/2024 | $1,000.00 | | 09/10/2024 | $1,050.00 | |
| 10/10/2024 | $700.00 | | 11/18/2024 | $1,000.00 | |
| 11/27/2024 | $3,045.00 | | 01/08/2025 | $1,000.00 | |
| 01/31/2025 | $1,065.00 | | 05/28/2025 | $4,000.00 | |
| 07/14/2025 | $1,200.00 | | 08/07/2025 | $1,300.00 | |
| 09/04/2025 | $2,100.00 | | | | |

**Total Receipts: $29,735.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $29,735.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AGSCO CORPORATION | | | | | | |
| | 12/16/2024 | $2,029.74 | 937,460 | 01/13/2025 | $553.73 | 938,881 |
| | 06/16/2025 | $105.21 | 945,901 | 08/18/2025 | $1,399.05 | 948,762 |
| | 09/16/2025 | $1,613.75 | 950,048 | 11/17/2025 | $228.77 | 952,941 |
| HYUNDAI LEASE TITLING TRUST | | | | | | |
| | 12/16/2024 | $23.97 | 937,879 | 01/13/2025 | $6.54 | 939,314 |
| | 08/18/2025 | $17.76 | 949,191 | 09/16/2025 | $19.05 | 950,531 |

**Chapter 13 Case # 23-10870**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC | | | | | | |
| | 12/16/2024 | $213.45 | 938,133 | 01/13/2025 | $58.23 | 939,554 |
| | 06/16/2025 | $11.06 | 946,648 | 08/18/2025 | $147.13 | 949,428 |
| | 09/16/2025 | $169.71 | 950,769 | 11/17/2025 | $24.06 | 953,682 |
| STATE OF NJ | | | | | | |
| | 12/16/2024 | $491.46 | 938,289 | 01/13/2025 | $134.08 | 939,723 |
| | 06/16/2025 | $25.47 | 946,794 | 08/18/2025 | $338.75 | 949,530 |
| | 09/16/2025 | $390.74 | 950,903 | 11/17/2025 | $55.39 | 953,808 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | | | | | | |
| | 12/16/2024 | $202.40 | 938,539 | 12/16/2024 | $484.63 | 938,539 |
| | 01/13/2025 | $132.21 | 939,949 | 01/13/2025 | $55.22 | 939,949 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,818.96 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 18,981.78 | 100.00% | 18,981.78 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AGSCO CORPORATION | SECURED | 100,000.00 | 100.00% | 5,930.25 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 5,165.65 | * | 0.00 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 11,076.22 | * | 0.00 | |
| 0004 | WILMINGTON SAVINGS FUND SOCIETY, | (NEW) Prepetition | 616.84 | 100.00% | 616.84 | |
| 0005 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 12,556.26 | * | 0.00 | |
| 0009 | UNITED STATES TREASURY/IRS | UNSECURED | 4,879.46 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 1,603.27 | * | 0.00 | |
| 0013 | ROCKET MORTGAGE, LLC FKA QUICKEN | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | |
| 0014 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | |
| 0015 | STATE OF NJ | SECURED | 24,213.12 | 100.00% | 1,435.89 | |
| 0017 | THE FUNDWORKS, LLC | SECURED | 0.00 | 100.00% | 0.00 | |
| 0021 | FIRST PORTFOLIO VENTURES II LLC | UNSECURED | 478.78 | * | 0.00 | |
| 0022 | LVNV FUNDING LLC | UNSECURED | 593.83 | * | 0.00 | |
| 0023 | UNITED STATES TREASURY/IRS | PRIORITY | 21,365.83 | 100.00% | 0.00 | |
| 0025 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,394.65 | * | 0.00 | |
| 0026 | JPMORGAN CHASE BANK NA | UNSECURED | 9,038.44 | * | 0.00 | |
| 0027 | STATE OF NJ | UNSECURED | 1,545.63 | * | 0.00 | |
| 0028 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 1,180.76 | 100.00% | 67.32 | |
| 0029 | CHARLES FORMAN TRUSTEE FOR CGM / | SECURED | 70,000.00 | 100.00% | 0.00 | |
| 0030 | AGSCO CORPORATION | UNSECURED | 40,000.00 | * | 0.00 | |
| 0031 | WILMINGTON SAVINGS FUND SOCIETY, | (NEW) MTG Agree | 257.62 | 100.00% | 257.62 | |
| 0032 | ROCKET MORTGAGE, LLC FKA QUICKEN | (NEW) MTG Agree | 10,516.31 | 100.00% | 623.64 | |

**Total Paid: $29,732.30**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $29,735.00   -   Paid to Claims: $8,931.56   -   Admin Costs Paid: $20,800.74   =   Funds on Hand: $2.70

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.