UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike Wayne, NJ 07470
Tel.: 973-696-8391
Email: jromero@scura.com
Jamal Romero, Esq.
Counsel to Debtor.

In Re:

Christian G. Monne
         Debotor

Case No.:        23-10870

Chapter:             13

Hearing Date:  _____

Judge:            JKS

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Dkt. 165. Amended Schedule(s) : I,J,Summary of Schedules

_____

Date: 02/06/2026

/s/Jamal J. Romero, Esq.
Signature

*rev.8/1/15*