Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10870−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Christian G. Monne
  39 Graydon Terrace
  Clifton, NJ 07013

Social Security No.:
  xxx−xx−9562

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 28, 2025.

On 2/5/26 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                March 12, 2026
Time:                 08:30 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 6, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christian G. Monne  
    Debtor

Case No. 23-10870-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 06, 2026      Form ID: 185      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian G. Monne, 39 Graydon Terrace, Clifton, NJ 07013-3315 |
| intp | + | Charles M. Forman, Chapter 7 Trustee for CGM & Dau, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Frances Rosado, Real Broker, LLC, 1000 Clifton Avenue, Suite 101, Clifton, NJ 07013-3521 |
| cr | + | ServiceMac, LLC as Servicer for Wilmington Savings, FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 519827528 | + | AGSCO Corporation, 60 Chapin Road, Pine Brook, NJ 07058-9216 |
| 519827531 | + | Citadel Servicing Corporation, 9726 Old Bailes Rd Ste 2, Fort Mill, SC 29707-7881 |
| 519827533 | | E-ZPass Customer Service Center, 375 NJ-21, Newark, NJ 07114 |
| 519901785 | + | Forman Holt, Attorneys At Law, Charles M. Forman, Chapter 7 Trustee, 365 W. Passaic St., Suite 400,, Rochelle Park, NJ 07662-3005 |
| 519827534 | + | HomansPeck, LLC, Michael D. Homans, 230 Sugartown Road, Suite 218, Wayne, PA 19087-6000 |
| 519827538 | + | Maurice Wutscher LLP, 5 Walter E Foran Boulevard, Suite 2007, Flemington, NJ 08822-4674 |
| 519827543 | + | Steven J. Mitnick, Esq., 49 Old Turnpike Road, Po Box 530, Oldwick, NJ 08858-0530 |
| 519827544 | + | The Fundworks, LLC, 5990 N. Sepulveda Blvd #310, Van Nuys, CA 91411-2523 |
| 519827545 | + | United States Attorney General - Attorney Gen, United States Department of Justice, Ben Franklin Station - P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2026 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2026 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2026 20:41:36 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519860901 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 20:41:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519827529 | + | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 20:41:07 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519827530 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 20:41:33 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519837377 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2026 20:41:24 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519912217 | ^ | MEBN | Feb 06 2026 20:38:32 | Charles M. Forman, Trustee for CGM & Daughters Cor, c/o Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| 519827532 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 06 2026 20:44:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2026 | Form ID: 185 | Total Noticed: 39 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519830783 | | ^ MEBN | Feb 06 2026 20:38:57 | First Portfolio Ventures Ii, Llc, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 519827535 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 06 2026 20:44:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 519888580 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 06 2026 20:44:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519827536 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2026 20:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519827537 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2026 20:41:20 | JPMCB Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519840562 | + | Email/Text: RASEBN@raslg.com | Feb 06 2026 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519831005 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2026 20:41:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519836255 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 06 2026 20:42:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519827539 | | ^ MEBN | Feb 06 2026 20:38:17 | New Jersey Attorney General Office Division o, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519827540 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 06 2026 20:44:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519851805 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 06 2026 20:44:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519827542 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 06 2026 20:42:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519827541 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 06 2026 20:41:34 | Secretary of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 519827639 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2026 20:41:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519829106 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 06 2026 20:41:34 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519888343 | | ^ MEBN | Feb 06 2026 20:39:48 | Wilmington Savings Fund Society, FSB, c/o ServiceMac, LLC, 9726 Old Bailes Road, Ste, 200, Fort Mill, SC 29707-7882 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519860902 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 23-10870-JKS    Doc 169    Filed 02/08/26    Entered 02/09/26 00:15:52    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 06, 2026 | Form ID: 185 | Total Noticed: 39 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:

**Name**    **Email Address**

Andrew L. Spivack
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew L. Spivack
on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Charles G. Wohlrab
on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

David L. Stevens
on behalf of Debtor Christian G. Monne dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;MOuesla

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov

Jamal J Romero
on behalf of Debtor Christian G. Monne jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;MOueslati@scura.com;ralrehaili&#064

Marc D. Miceli
on behalf of Creditor AGSCO Corporation mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marie-Ann Greenberg
magecf@magtrustee.com

Michael E. Holt
on behalf of Interested Party Charles M. Forman  Chapter 7 Trustee for CGM & Daughters Corporation mholt@formanlaw.com, kanema@formanlaw.com

Steven J. Mitnick
on behalf of Creditor AGSCO Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12