| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SCURA, WIGFIELD, HEYER<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: (973) 435 0179<br>Jamal Romero, Esq.<br>jromero@scura.com<br>Counsel for Debtor | Order Filed on February 10, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Christian G. Monne,<br><br>Debtor | Case No.: 23-10870<br><br>Chapter: 13<br><br>Judge: JKS |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: February 10, 2026

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of __Christian G. Monne, Debtor__ for a reduction of time for a hearing on __Motion to Sell__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __February 24, 2026__ at __10:00 a.m/__ in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditors, the Standing Chapter 13 Trustee and Notice Parties

by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: all other creditors

by ❏ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

4. Service must be made:

❏ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within ____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____1____ day(s) prior to the scheduled hearing; or

    ❏ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ❏ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ❏ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*