UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
973-696-8391
Jamal J Romero, Esq.
Email: jromero@scura.com
Counsel for Debtor

In Re:
Christian G. Monne,

Debtor.

| | |
|---|---|
| Case No.: | 23-10870-JKS |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 2/24/2026 10:00AM |
| Judge: | JKS |

## CERTIFICATION OF SERVICE

1. I, _Silvia Pereyra_ :

   ☒ represent _____ in the this matter.

   ☐ am the secretary/paralegal for _SWHS&C, LLP_, who represents
   _Debtor_ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On _____February 11, 2026_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   Motion to Sell 33 Graydon Terrace, Clifton, NJ 07013, Brief, Certification of Debtor, Exhibit
   B - Contract of Sale and Proposed Order (Dkt.171); Order Granting Application to Shorten
   Time (Dkt.173)

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _February 11, 2026_ 　　　　　 /s/ Silvia Pereyra
　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Christian G. Monne<br>39 Graydon Terrace<br>Clifton, NJ 07013 | Debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marc D. Miceli, Esq.<br>S. Mitnick Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858<br>Email: mmiceli@sm-lawpc.com | Counsel for Secured Creditor AGSCO Corporation \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven J. Mitnick<br>S. Mitnick Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858<br>Email: smitnick@sm-lawpc.com | Counsel for Secured Creditor AGSCO Corporation \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| AGSCO Corporation<br>Attn: President/CEO/Officer of the Institution<br>60 Chapin Road,<br>Pine Brook, NJ 07058 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other Overnight_____<br>(as authorized by the court *) |
| Michael E. Holt, Esq.<br>Forman Holt<br>365 W. Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662<br>Email: mholt@formanlaw.com | Counsel for Creditor \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>Email: dcarlon@kmllawgroup.com | Counsel for Secured Creditor \| Notice of Apperance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rocket Mortgage, LLC<br>f/k/a Quicken Loans, LLC<br>f/k/a Quicken Loans Inc.<br>Rocket Mortgage<br>Attn: President/CEO/Officer of the Institution<br>1050 Woodward Avenue<br>Detroit, MI 48226 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other <u>Overnight</u><br>(as authorized by the court *) |
| Frances Rosado<br>Real Broker, LLC<br>1000 Clifton Avenue<br>Suite 101<br>Clifton, NJ 07013 | Realtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Charles G. Wohlrab, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Ave<br>Ste 160<br>Garden City, NY 11530<br>Email: bkecf@friedmanvartolo.com | Counsel for Creditor \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ServiceMac, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust<br>Attn: President/CEO/Officer of the Institution<br>25531 Commercentre Drive, Suite 160<br>Lake Forest, CA 92630 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other <u>Overnight</u><br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eamonn O'Hagan<br>U.S. Attorneys Office<br>970 Broad Street, Suite 700<br>Newark, NJ 07102-2535<br>eamonn.ohagan@usdoj.gov | Counsel for Creditor United States Internal Revenue Service \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _Overnight_____<br>(as authorized by the court *) |
| Andrew L. Spivack, Esq.<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054<br>Email:<br>andrew.spivack@brockandscott.com | Counsel for Secured Creditor \| Notice of Appearnce | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 20<br>9726 Old Bailes Road, Suite 200<br>Fort Mill, SC 29707 | Counsel for Secured Creditor AGSCO Corporation \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _Overnight_____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Secretary of Housing and Urban Development<br>451 Seventh Street SW,<br>Washington, DC 20410 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_____<br>(as authorized by the court *) |
| United States Attorney<br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _Overnight_____<br>(as authorized by the court *) |
| United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _Overnight_____<br>(as authorized by the court *) |
| State of New Jersey,<br>Division of Taxation<br>Compliance and Enforcement -<br>Bankruptcy Unit<br>3 John Fitch Way, 5th Floor,<br>Po box 245, Trenton, NJ 08695 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _Overnight_____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the Attorney General<br>New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other <u>Overnight</u><br>(as authorized by the court *) |
| The Fundworks, LLC<br>Attn: President/CEO/Officer of the Institution<br>5990 N. Sepulveda Blvd #310, Van Nuys, CA 91411 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other <u>Overnight</u><br>(as authorized by the court *) |
| Maurice Wutscher LLP<br>5 Walter E Foran Boulevard<br>Suite 2007<br>Flemington, NJ 08822<br>Email: tdominczyk@MauriceWutscher.com | Counsel for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Amex<br>Po Box 297871,<br>Fort Lauderdale, FL 33329 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One<br>Po Box 31293,<br>Salt Lake City, UT 84131 | Creditor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Credit Collection Services<br>725 Canton St,<br>Norwood, MA 02062 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| E-ZPass Customer Service Center<br>375 NJ-21,<br>Newark, NJ 07114 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JPMCB Card Services<br>Po Box 15369,<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST!
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If
required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your
packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in
excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual
loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any
special, incidental, or consequential damages including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot
exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability, set forth in the Service Guide and tariff. Written claims must be filed within strict time limits,
see current FedEx Service Guide.

FROM:
Scura Wigfield Heyer Stevens & Camm
Scura Wigfield etal
1599 Hamburg Turnpike
WAYNE NJ 07470
US

(973) 696-8391

TO: AGSCO Corporation

60 Chapin Road

PINE BROOK NJ 07058

(973) 554-9826

INV:
PO:
DEPT:

REF: 15100-MONNE-CHRISTIA

SHIP DATE: 11FEB26
ACTWGT: 0.50 LB
CAD: 8239227/INET4535

BILL SENDER

FedEx Ground

(US)

58KJS/6067/484B

J261028012001uV

07058

TRK# 8887 0776 4173

9622 0019 0 (000 000 0000) 0 00 8887 0776 4173



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST.
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability, set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

After printing this label:

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: IMPORTANT. TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST.
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide



FROM:
Soura Wigfield Heyer Stevens & Camm
(973) 696-8391
Soura Wigfield etal
1599 Hamburg Turnpike
WAYNE NJ 07470
US

TO: ServiceMac, LLC

25531 Commercentre Drive, Suite 160

LAKE FOREST CA 92630
(973) 554-9826

REF: 15100-MONNE-CHRISTIA
INV:
PO:
DEPT:

SHIP DATE: 11FEB26
ACTWGT: 0.50 LB
CAD: 8239227/INET4535

BILL SENDER

(US)

58KJS/6067/484B

J281028012001UV

FedEx Ground G

92630

TRK# 8887 0783 7345

9622 0019 0 (000 000 0000) 0 00 8887 0783 7345



Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**After printing this label:**
1. Use the "Print" button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST!
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.





Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability; set forth in the Service Guide and tariff. Written claims must be filed within strict time limits; see current FedEx Service Guide.

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: IMPORTANT. TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST!
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.





FROM: (973) 696-8391
Scura Wigfield Heyer Stevens & Cammi
Scura Wigfield etal
1599 Hamburg Turnpike
WAYNE NJ 07470
US

SHIP DATE: 11FEB26
ACTWGT: 0.50 LB
CAD: 8239227/NET4535

BILL SENDER

TO United States Attorney General
Attorney General
United States Department of Justice
Ben Franklin Station
WASHINGTON DC 20044
(973) 554-9826
REF: 15100-MONNE-CHRISTIA
INV:
PO:
DEPT:

FedEx Ground

(US)

58KJS/6067/484B

J26120601200tuv

20044

FedEx Ground

TRK# 8887 0804 2132

9622 0019 0 (000 000 0000) 0 00 8887 0804 2132

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: IMPORTANT. TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST.
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff. Limitations apply. In no event shall FedEx Ground be liable for any special, incidental or consequential damages including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.



After printing this label:

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST!
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability; set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Warning** IMPORTANT. TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST!
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifests is not required.

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.



Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability; set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**After printing this label:**
1. Use the "Print" button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** IMPORTANT. TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST.
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifests is not required.

