UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
973-696-8391
Jamal J Romero, Esq.
Email: jromero@scura.com
Counsel for Debtor

In Re:

Christian G. Monne,

Debtor.

| | |
|---|---|
| Case No.: | 23-10870-JKS |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 3/12/2026 08:30 AM |
| Judge: | JKS |

## CERTIFICATION OF SERVICE

1.  I, _Silvia Pereyra_ :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for _SWHS&C, LLP_ , who represents

    _Debtor_ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2.    On _____February 13, 2026_____, I sent a copy of the following pleadings and/or documents
      to the parties listed in the chart below.

      Modified Chapter 13 Plan - After Confirmation (Dkt.164)
      Hearing on Confirmation of Modified Plan Scheduled (Dkt.166)

3.    I certify under penalty of perjury that the above documents were sent using the mode of service
      indicated.

Date:   _February 16, 2026_

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Christian G. Monne<br>39 Graydon Terrace<br>Clifton, NJ 07013 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marc D. Miceli, Esq.<br>S. Mitnick Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | Counsel for Secured Creditor AGSCO Corporation \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven J. Mitnick<br>S. Mitnick Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | Counsel for Secured Creditor AGSCO Corporation \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| AGSCO Corporation<br>Attn: President/CEO/Officer of the Institution<br>60 Chapin Road,<br>Pine Brook, NJ 07058 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Michael E. Holt, Esq.<br>Forman Holt<br>365 W. Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662 | Counsel for Creditor \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Secured Creditor \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. Rocket Mortgage Attn: President/CEO/Officer of the Institution 1050 Woodward Avenue Detroit, MI 48226 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Charles G. Wohlrab, Esq. Friedman Vartolo LLP 1325 Franklin Ave Ste 160 Garden City, NY 11530 | Counsel for Creditor \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| ServiceMac, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust Attn: President/CEO/Officer of the Institution 25531 Commercentre Drive, Suite 160 Lake Forest, CA 92630 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Eamonn O'Hagan U.S. Attorneys Office 970 Broad Street, Suite 700 Newark, NJ 07102-2535 eamonn.ohagan@usdoj.gov | Counsel for Creditor United States Internal Revenue Service \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Andrew L. Spivack, Esq.<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 20<br>9726 Old Bailes Road, Suite 200<br>Fort Mill, SC 29707 | Counsel for Secured Creditor AGSCO Corporation \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Secretary of Housing and Urban Development<br>451 Seventh Street SW,<br>Washington, DC 20410 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(as authorized by the court *) |
| United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(as authorized by the court *) |
| State of New Jersey,<br>Division of Taxation<br>Compliance and Enforcement -<br>Bankruptcy Unit<br>3 John Fitch Way, 5th Floor,<br>Po box 245, Trenton, NJ 08695 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(as authorized by the court *) |
| Office of the Attorney General<br>New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Frances Rosado<br>Real Broker, LLC<br>1000 Clifton Avenue<br>Suite 101<br>Clifton, NJ 07013 | Realtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| The Fundworks, LLC<br>Attn: President/CEO/Officer of the Institution<br>5990 N. Sepulveda Blvd #310,<br>Van Nuys, CA 91411 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Maurice Wutscher LLP<br>5 Walter E Foran Boulevard<br>Suite 2007<br>Flemington, NJ 08822 | Counsel for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Amex<br>Po Box 297871,<br>Fort Lauderdale, FL 33329 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One<br>Po Box 31293,<br>Salt Lake City, UT 84131 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Credit Collection Services<br>725 Canton St,<br>Norwood, MA 02062 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| E-ZPass Customer Service Center<br>375 NJ-21,<br>Newark, NJ 07114 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JPMCB Card Services<br>Po Box 15369,<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

**U.S. Postal Service™** *Modified Ch. 13 Plan*
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only* *Christian G. Monne*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
*Ch. 13 - 02.13.26*

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

Michael E. Holt, Esq.
Forman Holt
365 W. Passaic Street Ste 400
Rochelle Park, NJ 07662

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™** *Modified Ch 13 Plan*
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only* *Christian G. Monne*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
*Ch. 13 - 02.13.26*

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

Denise E. Carlon, Esq.
KML Law Group, PC
701 Market Street Ste 5000
Philadelphia, PA 19106

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™** *Modified Ch. 13 Plan*
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only* *Christian G. Monne*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
*02.13.26 - Ch. 13*

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

Marc D. Miceli, Esq.
S. Mitnick Law PC
P.O. Box 530
49 Old Turnpike Road
Oldwick, NJ 08858

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™** *Modified Ch 13 Plan*
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only* *Christian G. Monne*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
*02.13.26 - Ch. 13*

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

AGSCO Corporation
Attn: President/CEO/Officer
of the Institution
60 Chapin Road,
Pine Brook, NJ 07058

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™** *Modified Ch. 13 Plan*
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only* *Christian G. Monne*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
*Ch. 13 - 02.13.26*

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

Eamonn O'Hagan
U.S. Attorneys Office
970 Broad Street, Ste 700
Newark, NJ 07102-2535

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™** *Christian G. Monne*
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only* *Modified Ch. 13 Plan*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
*Ch. 13 - 02.13.26*

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

*Modified Ch.13 Plan*
*Christian G. Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Ch.13 — 2.13.26

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

Maurice Wutscher LLP
5 Walter E Foran Boulevard Ste 2007
Flemington, NJ 08822

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

*Christian G. Monne*
*Modified Ch.13 Plan*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Ch.13 — 02.13.26

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

ServiceMac, LLC as Servicer for
Wilmington Savings Fund Society,
FSB, not in its individual capacity but
solely as trustee of MFA 2021-NQM2 Trust
Attn: President/CEO/Officer of the Institution
25531 Commercentre Drive, Ste 160
Lake Forest, CA 92630

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

*Modified Ch.13 Plan*
*Christian G Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
02.13.26 — Ch.13

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

Steven J. Mitnick
S. Mitnick Law PC
P.O. Box 530
49 Old Turnpike Road
Oldwick, NJ 08858

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

*Modified Ch.13 Plan*
*Christian G Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Ch.13 — 2.13.26

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

Secretary of Housing and
Urban Development
451 Seventh Street SW,
Washington, DC 20410

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

*Christian G. Monne*
*Modified Ch.13 Plan*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
02.13.26 — Ch.13

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

Rocket Mortgage, LLC
f/k/a Quicken Loans, LLC
f/k/a Quicken Loans Inc. Rocket Mortgage
Attn: President/CEO/Officer of the Institution
1050 Woodward Avenue
Detroit, MI 48226

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

*Modified Ch.13 Plan*
*Christian G. Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Ch.13 — 02.13.26

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

Charles G. Wohlrab, Esq.
Friedman Vartolo LLP
1325 Franklin Ave Ste 160
Garden City, NY 11530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

*Modified Ch.13 Plan*
*Christian G. Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$          *02.13.26 - Ch.13*

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

Andrew L. Spivack, Esq.
Brock & Scott, PLLC
302 Fellowship Road Ste 130
Mount Laurel, NJ 08054

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

*Modified Ch.13 Plan*
*Christian G. Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$          *Ch.13 - 2.13.26*

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

Wilmington Savings Fund Society,
FSB, not in its individual capacity but
solely as trustee of MFA 20
9726 Old Bailes Road, Ste 200
Fort Mill, SC 29707

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

*Modified Ch.13 Plan*
*Christian G. Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$          *2.13.26 - Ch.13*

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

State of New Jersey,
Division of Taxation
Compliance and Enforcement -
Bankruptcy Unit
3 John Fitch Way, 5th Floor,
Po box 245, Trenton, NJ 08695

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

*Modified Ch.13 Plan*
*Christian G. Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$          *2.13.26 - Ch.13*

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

The Fundworks, LLC
Attn: President/CEO/Officer of the
Institution
5990 N. Sepulveda Blvd #310,
Van Nuys, CA 91411

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

*Modified Ch.13 Plan*
*Christian G. Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$          *Ch.13 - 02.13.26*

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste 700
Newark, New Jersey 07102

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

*Modified Ch.13 Plan*
*Christian G. Monne*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$          *Ch.13 - 2.13.26*

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

United States Attorney General
Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions