UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 435 0179
Jamal Romero, Esq.
jromero@scura.com
Counsel for Debtor

Order Filed on March 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  Christian G. Monne,

Debtor

Case No.:  _____23-10870_____

Chapter:  _____13_____

Judge:  _____JKS_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

—

**DATED: March 13, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of _____ Christian G. Monne, Debtor _____ for a reduction of

time for a hearing on _____ Motion to Sell Free and Clear of Liens _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ March 24, 2026 _____ at 10:00 a.m. in

the United States Bankruptcy Court,   50 Walnut Street, Newark, NJ 07102

Courtroom No. 3D_____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Secured Creditors, the Standing Chapter 13 Trustee, Notice Parties _____

_____

by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
all other creditors _____

_____

by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ☒ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.  ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*