UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, NJ 07094
973-554-9801
Jamal J Romero, Esq.
Email: jromero@scura.com
Counsel for Debtor

| | |
|---|---|
| Case No.: | 23-10870-JKS |
| Chapter: | 13 |

In Re:

Christian G. Monne,

Debtor.

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | 3/24/2026 10:00AM |
| Judge: | JKS |

## CERTIFICATION OF SERVICE

1.  I, _Silvia Pereyra_ :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for _SWHS&C, LLP_ , who represents

    _Debtor_ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2.      On ____March 13, 2026____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    Order Granting Application to Shorten Time (Dkt.184); Motion to Sell Property Free and
    Clear of Liens under Section 363(f).Property for sale: 33 Graydon St. Clifton, NJ, Brief,
    Certification, Exhibit 1, Exhibit 2, and Proposed Order (Dkt.182)

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date:    _March 16, 2026_

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550<br>Email: magecf@magtrustee.com | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Christian G. Monne<br>39 Graydon Terrace<br>Clifton, NJ 07013 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>Email:<br>USTPRegion03.NE.ECF@usdoj.gov | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marc D. Miceli, Esq.<br>S. Mitnick Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858<br>Email: mmiceli@sm-lawpc.com | Counsel for Secured Creditor AGSCO Corporation \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven J. Mitnick, Esq.<br>S. Mitnick Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858<br>Email: smitnick@sm-lawpc.com | Counsel for Secured Creditor AGSCO Corporation \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michael D. Homans, Esq.<br>HomansPeck, LLC<br>230 Sugartown Road, Suite 218<br>Wayne, PA 19087 | AGSCO Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_____<br>(as authorized by the court *) |
| Citadel Servicing Corporation<br>Attn: President/CEO/Officer of the Institution<br>9726 Old Bailes Rd Ste 2,<br>Fort Mill, SC 29707 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_____<br>(as authorized by the court *) |
| Rocket Mortgage<br>Attn: President/CEO/Officer of the Institution<br>1050 Woodward Avenue,<br>Detroit, MI 48226 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| The Fundworks, LLC<br>Attn: President/CEO/Officer of the Institution<br>5990 N. Sepulveda Blvd #310, Van Nuys, CA 91411 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Overnight<br>(as authorized by the court *) |
| Maurice Wutscher LLP<br>5 Walter E Foran Boulevard<br>Suite 2007<br>Flemington, NJ 08822 | Counsel for The Fundworks, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Overnight<br>(as authorized by the court *) |
| State of New Jersey,<br>Division of Taxation<br>Compliance and Enforcement - Bankruptcy Unit<br>3 John Fitch Way, 5th Floor,<br>Po box 245, Trenton, NJ 08695 | Secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Overnight<br>(as authorized by the court *) |
| Office of the Attorney General<br>New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Overnight<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Secretary of Housing and Urban Development<br>451 Seventh Street SW,<br>Washington, DC 20410 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_<br>(as authorized by the court *) |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_<br>(as authorized by the court *) |
| United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_<br>(as authorized by the court *) |
| Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Charles M. Forman, Chapter 7 Trustee for CGM & Daughters Corporation 365 West Passaic Street Suite 400 Rochelle Park, NJ 07662 | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_____<br>(as authorized by the court *) |
| Michael E. Holt Forman Holt 365 W. Passaic Street Suite 400 Rochelle Park, NJ 07662 Email: mholt@formanlaw.com | Counsel for Interested Party Charles M. Forman, Chapter 7 Trustee for CGM & Daughters Corporation \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise E. Carlon, Esq. KML Law Group, PC 701 Market Street Suite 5000 Philadelphia, PA 19106 Email: dcarlon@kmllawgroup.com | Counsel for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jason Brett Schwartz, Esq. Friedman Vartolo, LLP 1325 Franklin Avenue Ste 160 Garden City, NY 11530 Email: bkecf@friedmanvartolo.com | Counsel for ServiceMac, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew L. Spivack<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054<br>Email:<br>andrew.spivack@brockandscott.com | Counsel for Secured creditor \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 20<br>Attn: President/CEO/Officer of the Institution<br>9726 Old Bailes Road<br>Suite 200<br>Fort Mill, SC 29707 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_____<br>(as authorized by the court *) |
| Synchrony Bankc/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Amex<br>Po Box 297871,<br>Fort Lauderdale, FL 33329 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One<br>Po Box 31293,<br>Salt Lake City, UT 84131 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Credit Collection Services<br>725 Canton St,<br>Norwood, MA 02062 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| E-ZPass Customer Service Center<br>375 NJ-21,<br>Newark, NJ 07114 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JPMCB Card Services<br>Po Box 15369,<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |