| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1 Harmon Meadow Blvd.<br>Secaucus, NJ 07470<br>973-435-0179<br>Fax : 973-696-8571<br>Jamal Romero, Esq.<br>Email:  JRomero@scura.com | Case No.:      23-10870 |
| In Re:<br><br>Christian Monne,<br><br><br><br>                              ,Debtor | Chapter:      13<br><br>Hearing Date:<br><br>Judge:      JKS |

## CONSENT ORDER REGARDING  DISTRIBUTION OF PROCEEDS TO  PAYOFF JUDGMENT LIENS

The relief set forth on the following pages, numbered one (1) through three (3), is hereby **ORDERED**.

Chapter 7 Trustee:                              Charles Forman

Applicant's Counsel:                            Michael Holt
Debtor's Counsel:                               Jamal J Romero
Property Involved ("Collateral"):               33Graydon Terrace, Clifton, New Jersey, 07013
Relief sought:                                  Distribution of proceeds to payoff judgment liens

THIS MATTER comes before the Court upon the agreement of Christian Monne("Debtor") "and Charles M.Forman, Chapter 7 Trustee for CGM & Daughters Corp., and it appearing to the Court that the parties have reached an agreement regarding the sale of real property and the distribution of proceeds therefrom, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED, ADJUDGED, AND DECREED as follows:

1.  $80,000 will be held in Debtor's bankruptcy counsel escrow account for 30 days.

2.  Fundsworks,LLC will have 30 days from the entry of the sale order to file an objection to the sale of the property. If no objection is filed the $80,000 will be released to the debtor.

3.  $70,000 must be paid to Charles Forman Chapter 7 Trustee for CGM & Daughters Corp.,immediately following the release of the funds.

4.  In the event that Fundworks objects to the sale of the property. The lien held by Charles Forman Chapter 7 Trustee for CGM & Daughters Corp., will survive and it will be paid at closing of the sale of the debtor's 2nd property 39 Graydon Terrace, Clifton, NJ.

5.  The sale of the debtor's 2nd property 39 Graydon Terrace must take place within 12 months of the entry of this order.

**SEEN AND AGREED:**

/s/ Michael Holt,Esq

Michael Holt, Esq.
Forman Holt Attorneys at Law
Direct:  (201) 857-7110
mholt@formanlaw.com
Attorney for Charles Forman ch 7
Trutee for CGM & Daughters
Corp.

/s/ Jamal J Romero, Esq.

Jamal J Romero, Esq.
Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1 Harmon Meadow Blvd. Ste 201
Secaucus, NJ 07094
(973) 554-9801
jromero@scura.com
*Attorney for Debtor*