UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 435 0179
Jamal Romero, Esq.
jromero@scura.com
Counsel for Debtor

**Order Filed on April 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christian Monne,

Debtor.

Case No.: _____23-10870_____

Hearing Date: _____3/24/2026_____

Chapter: _____13_____

Judge: _____JKS_____

## AMENDED ORDER
## AUTHORIZING SALE OF
## REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
| --- | --- | --- |

The relief set forth on the following pages numbered two (2) and three (3), is
**ORDERED**.

**DATED: April 7, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____33 Graydon Terrace, Clifton, NJ 07013._____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(f).

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Frances Rosado,  Real Estate Agent / Eric Kamm Real Estate Attorney |
| Amount to be paid: | $22,400 (4%) / $5,000 |
| Services rendered: | Listing, contacting potential buyers, etc./ Real Estate attorney reviewed sale contract, communicated with buyers attorney, reviewed and prepared documents to facilitate the sale of the property. |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4.  Other closing fees and standard closing costs payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $_____25,000_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be

paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after

closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of

this order.

9. Other provisions:

     The following secured creditors will be paid at closing;

 a. Closing is subject to ServiceMac, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust ("Mortgagee") being paid in full based on a payoff to be provided at closing. Mortgagee's lien shall attach to the proceeds of sale pending full payoff.

 b. ASGCO judgment DJ-166172-2022 (the "Judgment") to be paid pursuant to the Consent Order entered on August 30, 2023 (ECF No. 57) (the "Consent Order") at closing of the Real Property pursuant to current payoff. The balance owed per the Consent Order (i.e. $40,000) shall be paid as an unsecured claim and will be paid pursuant to the Consent Order and the confirmation order as a general unsecured creditor through the chapter 13 plan. To the extent the $94,069.75 (current payoff amount) is not paid in full at closing, any remaining balance shall continue as a secured claim in this bankruptcy case and will be paid through the chapter 13 plan.

 c. The real property located at 33 Graydon Terrace, Clifton, New Jersey shall be sold free and clear of the judgment lien held by FundWorks, LLC (Judgment No. J-094064-2021) pursuant to 11-U.S.C. § 363(f). The sum of the net proceeds following the payoff of the mortgage and other secured creditors estimated at $80,000 will be held in bankruptcy counsel's escrow account and it will attach as a lien to the net proceeds. If no objection is filed by Fundworks, LLC following proof of service of this order to their California and Utah address the $80,000 will be released and the funds distributed in the following manner: Charles M. Forman, Chapter 7 Trustee for CGM & Daughters Corp., shall be paid $70,000 following no objection from FundsWork, LLC and the release of the funds being held in escrow.

 d. NJ division of taxation lien DJ-89148-21 and DJ-109711-22 the sum $19,500.00 paid at closing.

 e. NJ Motor Vehicle Commision DJ-008501-23 in the sum of $350.00 paid at closing.

 f. The 14-day period set forth in F.R.B.P. 6004(h) regarding stay of this Order authorizing the sale of real property is hereby waived.

*rev.1/12/22*

 g. Pending proceeds claimed as exempt shall be held by debtor's counsel in an escrow account pending resolution of the judgment liens as set forth in paragraph c.

 h. Closing shall take place within 30 days.

3

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 23-10870-JKS

Christian G. Monne                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                              Page 1 of 2

Date Rcvd: Apr 07, 2026                 Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID              Recipient Name and Address**
db                  + Christian G. Monne, 39 Graydon Terrace, Clifton, NJ 07013-3315

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

**Name                        Email Address**

Andrew L. Spivack

    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of MFA 20 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew L. Spivack

    on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Charles G. Wohlrab

    on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

David L. Stevens

    on behalf of Debtor Christian G. Monne dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;amohamed@scura.com;ralrehail

Eamonn O'Hagan

District/off: 0312-2                                          User: admin                                          Page 2 of 2
Date Rcvd: Apr 07, 2026                              Form ID: pdf903                              Total Noticed: 1

on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov

Jamal J Romero

on behalf of Debtor Christian G. Monne jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s

Jason Brett Schwartz

on behalf of Creditor ServiceMac  LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of MFA 2021-NQM2 Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Marc D. Miceli

on behalf of Creditor AGSCO Corporation mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marie-Ann Greenberg

magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Michael E. Holt

on behalf of Interested Party Charles M. Forman  Chapter 7 Trustee for CGM & Daughters Corporation mholt@formanlaw.com, kanema@formanlaw.com

Steven J. Mitnick

on behalf of Creditor AGSCO Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13