UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, NJ 07094
973-696-8391
Jamal J Romero, Esq.
Email: jromero@scura.com
Counsel for Debtor

In Re:

Christian G. Monne,

Debtor.

Case No.:      23-10870-JKS

Chapter:      13

Adv. No.: _____

Hearing Date: _____

Judge:      JKS

## CERTIFICATION OF SERVICE

1.  I, _Silvia Pereyra_____ :

☐  represent _____ in the this matter.

☒  am the secretary/paralegal for _SWHS&C, LLP_____, who represents

_Debtor_____ in the this matter.

☐  am the _____ in the this case and am representing myself.

2.      On _____April 10, 2026_____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

Amended Order Granting Motion To Sell Property Free and Clear of Liens Under Section
363(f) re: 33 Graydon St. Clifton, NJ.  (Dkt.193)

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date:   _April 10, 2026_____

/s/ Silvia Pereyra_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Christian G. Monne<br>39 Graydon Terrace<br>Clifton, NJ 07013 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| The Fundworks, LLC<br>Attn: President/CEO/Registered Agent<br>299 South Main Street<br>Suite 1300 PMB 93894<br>Salt Lake City, UT 84111 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_____<br>(as authorized by the court *) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| The Fundworks, LLC<br>Attn: President/CEO/Registered Agent<br>5990 Sepulveda Blvd., Suite 310<br>Van Nuys, CA 91411 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _Overnight_____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |



ORIGIN ID:JMMA    (973) 696-8391                    SHIP DATE: 10APR26
SCURA WIGFIELD HEYER STEVENS & CAMM        ACTWGT: 0.50 LB
SCURA WIGFIELD ETAL                        CAD: 8239227/INET4535
1599 HAMBURG TURNPIKE

WAYNE NJ 07470
UNITED STATES US

TO THE FUNDWORKS, LLC

299 S. MAIN ST. STE 1300

SALT LAKE CITY UT 84111
REF: 15100-MONNE-CHRISTIA

(973) 554-9826
INV:
PO:                                        DEPT:

BILL SENDER

TRK# 0201   8705 2703 5080

CF NPHA

MON – 13 APR 10:30A
PRIORITY OVERNIGHT

84111
UT-US    SLC

FedEx
Express

J261026012001uv                            58KJ3/087D/484B

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



ORIGIN ID:JMMA          (973) 696-8391
SCURA WIGFIELD HEYER STEVENS & CAMM
SCURA WIGFIELD ETAL
1599 HAMBURG TURNPIKE

WAYNE NJ 07470
UNITED STATES US

TO THE FUNDWORKS, LLC

5990 SEPULVEDA BLVD., SUITE 310

VAN NUYS CA 91411

REF: 15100-MONNE-CHRISTIA

(844) 644-3863
INV:
PO:                    DEPT:

SHIP DATE: 10APR26
ACTWGT: 0.50 LB
CAD: 8239227/INET4535

BILL SENDER

TRK# 0201    8705 2728 3824

KL VNYA

MON – 13 APR 10:30A
PRIORITY OVERNIGHT

91411
CA-US    BUR

FedEx
Express

J261026012001uv

58KJ3/087D/484B

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.