| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Case No.:  **23-10870** |
| IN RE:<br><br>CHRISTIAN G. MONNE | Adv. No.:<br><br>Hearing Date:  **06/11/2026**<br><br>Judge:  **JKS** |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/14/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CHRISTIAN G. MONNE
39 GRAYDON TERRACE
CLIFTON, NJ  07013
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470
Mode of Service:  ECF and/or Regular Mail

Dated:  May 14, 2026

By:  /S/  Keith Guarneri
Keith Guarneri