**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CHRISTIAN G. MONNE

Order Filed on July 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  23-10870 JKS**

**Hearing Date:  7/9/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 10, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  CHRISTIAN G. MONNE

Case No.:  23-10870

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/09/2026 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must pay $3,055.00 by 7/31/2026 to be current with Trustee payments

  through July or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to

  Debtor(s) and Debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.