Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 23−10870−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christian G. Monne
39 Graydon Terrace
Clifton, NJ 07013

Social Security No.:
xxx−xx−9562

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/10/26 at 10:00 AM

to consider and act upon the following:

***201*** − Creditor's Certification of Default (related document:79 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Rocket Mortgage, LLC. Objection deadline is 08/24/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Egerman, Laura)

***204*** − Certification in Opposition to (related document:201 Creditor's Certification of Default (related document:79 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Rocket Mortgage, LLC. Objection deadline is 08/24/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rocket Mortgage, LLC) filed by Jamal J Romero on behalf of Christian G. Monne. (Romero, Jamal)

Dated: 8/25/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court