Order Filed on September 13, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer, Cammarota, & Gonzalez, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, NJ 07094
973-696-8391
jromero@scura.com
Jamal J. Romero, Esq.
Attorney for Debtor(s)

In Re:

CHRISTIAN G. MONNE,

Debtor(s).

Case No.: 23-10870

Chapter: 13

Judge: JKS

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 13, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Scura, Wigfield, Heyer, Cammarota, & Gonzalez, LLP, the applicant, is allowed a fee of $21,312.00 for services rendered and expenses in the amount of $2,145.02 for a total of $23,457.02 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the above fee.

*The amount to be paid through the Chapter 13 Plan is $18,765.62 ($21,312.00 fees, plus $2,145.02 expenses, less 20% courtesy discount of $4,691.40).*