**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CHRISTIAN G. MONNE

**Case No.: 23-10870**

**Adv. No.:**

**Hearing Date: 11/12/2026**

**Judge: TBA**

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/06/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CHRISTIAN G. MONNE
39 GRAYDON TERRACE
CLIFTON, NJ 07013
Mode of Service: Regular Mail

Attorney for Debtor(s):
SCURA WIGFIELD HEYER CAMMAROTA & GONZALEZ, LLP
1 HARMON MEADOW BLVD
SUITE 201
SECAUCUS, NJ 07094
Mode of Service: ECF and/or Regular Mail

Dated: October 06, 2026

By: /S/ Keith Guarneri
Keith Guarneri