UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
CAMMAROTA & GONZALEZ LLP
1 Harmon Meadow Blvd Ste 201
Secaucus, New Jersey 07092
Tel.: (973) 696 8391
By: Jamal J. Romero, Esq.
jromero@scura.com
Counsel for Christian Monne

In Re:

Christian Monne,

Debtor

Case No.: 23-10870

Chapter: 13

Hearing Date: 10/8/2026

Judge: TBA

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Debtor's Opposition to Rocket Mortgage certification of default

Date: 10/7/2026

/s/ Jamal J. Romero
Signature

*rev.8/1/15*